UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARGUERITE S. MEREDITH | CIVIL ACTION |
| VERSUS | NO. 07-8514 |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION "J" (2) |

**ORDER**

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and the Plaintiff's Objection (Rec. Doc. 22) and Reply Memorandum to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly, IT IS ORDERED that plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this __24th__ day of _____March_____, 2009.

_____
UNITED STATES DISTRICT JUDGE